1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      Facsimile: (408) 535-5066
       E-mail: jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,           )
                                        )   No. 07-70337 PVT
14          Plaintiff,                  )
                                        )
15     v.                               )   SUBSTITUTION OF ATTORNEY
                                        )
16                                      )
   KHAHN DANG VU and                    )
17 LAM THANH NGUYEN,                    )
                                        )
18          Defendants.                 )
   _____ )
19

20     Please take notice that as of, July 16, 2007, the Assistant U.S. Attorney whose name,

21 address, telephone number and email address are listed below was assigned to be counsel

22 for the government.

23                         Jeffrey B. Schenk, Assistant United States Attorney
                           150 Almaden Blvd., Suite 900
24                         San Jose, CA   95113
                           Telephone: (408) 535-2695
25
   DATED: July 16, 2007
26 //

27 //

28 //

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
Assistant United States Attorney