1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-70337 PVT |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME; [~~PROPOSED~~] ORDER |
| v. | |
| KHAHN DANG VU and LAM THANH NGUYEN, | |
| Defendants. | |

Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the preliminary hearing in the above-captioned matter, presently scheduled for Thursday, August 23, 2007, be continued to Thursday, August 30, 2007, at 9:30 a.m.

The continuance is requested because Mary Conn, Esq., counsel for defendant Nguyen, is unavailable on August 23, 2007. Additionally, defense counsel requires time for effective preparation and investigation.

The parties further agree that time for the preliminary hearing should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and

STIPULATION TO CONTINUE
PRELIM. HEARING; [PROPOSED] ORDER
No. CR 07-70337 PVT                    1

1  investigation, and the ends of justice outweigh the defendants' and the public's need for filing
2  charges on an earlier date.
3
4  Dated:      08/03/07                                    /s/
                                                    LARA S. VINNARD
5                                                   Assistant Federal Public Defender
                                                    Attorney for Khanh Vu
6
   Dated:                                                  /s/
7                                                   MARY CONN
                                                    Attorney for Lam Thanh Nguyen
8
   Dated:                                                  /s/
9                                                   JEFFREY B. SCHENK
                                                    Assistant United States Attorney
10

11                                          **ORDER**

12       The parties have jointly requested a continuance of the preliminary hearing set for August
13  23, 2007, due to the unavailability of defense counsel, and to allow time for effective preparation
14  and investigation.
15       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
16  presently set for August 23, 2007, be continued to August 30, 2007, at 9:30 a.m.
17       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
18  from August 23, 2007 to August 30, 2007, shall be excluded from the period of time within
19  which charges must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
20  Dated: 8/7/07                                   [signature]
21                                                  PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge
22
23
24
25
26

STIPULATION TO CONTINUE
PRELIM. HEARING; [PROPOSED] ORDER
No. CR 07-70337 PVT                    2